UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

GARY LEE MCGINNIS                                           CASE NO. 08-14206
              DEBTOR(S).                                    CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

    Claim #5 of GE Money Bank
    Account number: 4532
    Claimed amount: $288.23
    Pro rata distribution: $2.23

    Claim number 9 of Verizon Wireless
    Account number: 1046
    Claimed amount: $141.80
    Pro rata distribution: $1.10

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: September 3, 2010                /s/ Mark A. Warsco
                                        Mark A. Warsco, Trustee
                                        P.O. Box 11647
                                        Fort Wayne, IN  46859-1647
                                        Telephone: (260) 469-0256
                                        e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on September 3, 2010:

| | |
|---|---|
| DANIEL SERBAN<br>dserban@serbanlaw.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| GE Money Bank<br>dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 |

                /s/  Mark A. Warsco
                Mark A. Warsco, Trustee